IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 07-4055-01-CR-C-SOW |
| DAVID PHILLIP GALLUP, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before this Court is the Report and Recommendation (Doc. # 14) of United States Magistrate Judge William A. Knox regarding defendant David Phillip Gallup's entry of a plea of guilty. On March 20, 2008, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Count 1 of the indictment in 07-4045-01-CR-C-NKL filed on September 24, 2007, and to Count 1 of the indictment in 07-4055-01-CR-C-NKL filed on November 16, 2007. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was knowledgeable and voluntary as to both counts and that the offenses to which the defendant has plead guilty are supported by a factual basis for each of the essential elements of the offense.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant David Phillip Gallup's plea of guilty shall be accepted and that defendant Gallup be adjudged guilty and have sentence imposed accordingly.

                                            ___/s/ Scott O. Wright_____
                                            SCOTT O. WRIGHT
                                            Senior United States District Judge

Dated: _4/7/2008_____